UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| IN RE: | * | |
| LISA MARIE STANLEY, | * | CASE NO.: 25-14900-DER |
| | | CHAPTER 13 |
| DEBTOR. | * | |
| * * * * * * * * | * | * * * * * |
| ALFREDO ANTEZANA AND REBECCA ANTEZANA | * | |
| | * | |
| PLAINTIFFS, | * | ADV. PROC. NO.: 25-00229 |
| v. | | |
| | * | |
| LISA MARIE STANLEY, | | |
| | * | |
| DEFENDANT. | | |
| | * | |

*******************************************************************************

## ANSWER TO COMPLAINT

Defendant, Lisa Marie Stanley, by their attorney, Richard J. Hackerman, file the following Answer to Plaintiffs' complaint, and in support of such state the following:

### SPECIFIC RESPONSES TO THE ALLEGATIONS

1. Defendant admits the allegations of paragraph 1.
2. Defendant admits the allegations of paragraph 2.
3. Defendant admits the allegations of paragraph 3.
4. Defendant denies the allegations of paragraph 4 to the extent that Defendant committed the acts therein mentioned.
5. Defendant admits the allegations of paragraph 5.
6. Defendant admits the allegations of paragraph 6.
7. Defendant admits the allegations of paragraph 7.
8. Defendant admits the allegations of paragraph 8.
9. Defendant admits the allegations of paragraph 9.

10. Defendant admits the allegations of paragraph 10.
11. Defendant admits the allegations of paragraph 11.
12. Defendant denies the allegations of paragraph 12.
13. Defendant denies the allegations of paragraph 13.
14. Defendant denies the allegations of paragraph 14.
15. Defendant denies the allegations of paragraph 15.
16. Defendant denies the allegations of paragraph 16.
17. Defendant denies the allegations of paragraph 17.
18. Defendant denies the allegations of paragraph 18.
19. Defendant denies the allegations of paragraph 19.
20. Defendant denies the allegations of paragraph 20. The entity to which Debtor was affiliated contracted with the Plaintiffs.
21. Defendant admits the Plaintiffs attached an agreement as set forth in paragraph 21.
22. Defendant denies she executed any agreement with the Plaintiffs except on behalf of an affiliated entity.
23. Defendant denies the allegations of paragraph 23. The entity to which Debtor was affiliated contracted with the Plaintiffs.
24. Defendant denies the allegations of paragraph 24. The entity to which Debtor was affiliated contracted with the Plaintiffs.
25. Defendant denies the allegations of paragraph 25. The entity to which Debtor was affiliated contracted with the Plaintiffs.
26. Defendant denies the allegations of paragraph 26. The entity to which Debtor was affiliated contracted with the Plaintiffs.
27. Defendant denies the allegations of paragraph 27. The entity to which Debtor was affiliated contracted with the Plaintiffs.
28. Defendant denies the allegations of paragraph 28. The entity to which Debtor was affiliated contracted with the Plaintiffs.
29. Defendant admits a copy of a proposal is attached with respect to paragraph 29.
30. Defendant admits the allegations of paragraph 30.
31. Defendant denies the allegations of paragraph 31. The entity to which Debtor was affiliated contracted with the Plaintiffs.

32. Defendant admits the allegations of paragraph 32 but denies the Debtor received a check.
33. Defendant denies the allegations of paragraph 33. The entity to which Debtor was affiliated contracted with the Plaintiffs.
34. Defendant denies the allegations of paragraph 34. The entity to which Debtor was affiliated contracted with the Plaintiffs.
35. Defendant admits the allegations of paragraph 35.
36. Defendant denies the allegations of paragraph 36. The entity to which Debtor was affiliated contracted with the Plaintiffs.
37. Defendant denies admits the allegations of paragraph 37. The entity to which Debtor was affiliated contracted with the Plaintiffs.
38. Defendant denies the allegations of paragraph 38. The entity to which Debtor was affiliated contracted with the Plaintiffs.
39. Defendant denies the allegations of paragraph 39.
40. Defendant denies the allegations of paragraph 40. Debtor was not obligated to send any such notices.
41. Defendant can not admit or deny the allegations of paragraph 41 for lack of information concerning the allegations contained therein.
42. Defendant can not admit or deny the allegations of paragraph 42 for lack of information concerning the allegations contained therein.
43. Defendant can not admit or deny the allegations of paragraph 43 for lack of information concerning the allegations contained therein.
44. Defendant can not admit or deny the allegations of paragraph 44 for lack of information concerning the allegations contained therein.
45. Defendant can not admit or deny the allegations of paragraph 45 for lack of information concerning the allegations contained therein.
46. Defendant can not admit or deny the allegations of paragraph 46 for lack of information concerning the allegations contained therein.
47. Defendant can not admit or deny the allegations of paragraph 47 for lack of information concerning the allegations contained therein

48. Defendant can not admit or deny the allegations of paragraph 48 for lack of information concerning the allegations contained therein.
49. Defendant can not admit or deny the allegations of paragraph 49 for lack of information concerning the allegations contained therein.
50. Defendant denies the allegations of paragraph 50.
51. Defendant denies the allegations of paragraph 51.
52. Defendant can not admit or deny the allegations of paragraph 52 for lack of information concerning the allegations contained therein.
53. Defendant can not admit or deny the allegations of paragraph 41 for lack of information concerning the allegations contained therein.
54. Defendant admits the allegations of paragraph 54.
55. Defendant can not admit or deny the allegations of paragraph 55 for lack of information concerning the allegations contained therein.
56. Defendant can not admit or deny the allegations of paragraph 56 for lack of information concerning the allegations contained therein.
57. Defendant denies the allegations of paragraph 57.
58. Defendant denies the allegations of paragraph 58.
59. Defendant denies the allegations of paragraph 59. The entity to which Debtor was affiliated contracted with the Plaintiffs.//
60. Defendant denies the allegations of paragraph 60. The entity to which Debtor was affiliated contracted with the Plaintiffs.
61. Defendant denies the allegations of paragraph 61.
62. Defendant admits Plaintiff is restating various allegations, but denies the underlying allegations of paragraph 62.
63. Defendant denies the allegations of paragraph 63. The entity to which Debtor was affiliated contracted with the Plaintiffs.
64. Defendant denies the allegations of paragraph 64. The entity to which Debtor was affiliated contracted with the Plaintiffs.

65. Defendant denies the allegations of paragraph 65. The entity to which Debtor was affiliated contracted with the Plaintiffs.

66. Defendant denies the allegations of paragraph 66.

67. Defendant denies the allegations of paragraph 67. The entity to which Debtor was affiliated contracted with the Plaintiffs.

68. Defendant denies the allegations of paragraph 68. The entity to which Debtor was affiliated contracted with the Plaintiffs.

69. Defendant denies the allegations of paragraph 69.

70. Defendant admits Plaintiff is restating various allegations, but denies the underlying allegations of paragraph 70.

71. Defendant denies the allegations of paragraph 71. The entity to which Debtor was affiliated contracted with the Plaintiffs.

72. Defendant denies the allegations of paragraph 72.

73. Defendant denies the allegations of paragraph 73. The entity to which Debtor was affiliated contracted with the Plaintiffs.

74. Defendant denies the allegations of paragraph 74. The entity to which Debtor was affiliated contracted with the Plaintiffs.

75. Defendant denies the allegations of paragraph 75. The entity to which Debtor was affiliated contracted with the Plaintiffs.

76. Defendant denies the allegations of paragraph 76. The entity to which Debtor was affiliated contracted with the Plaintiffs.

77. Defendant denies the allegations of paragraph 77.

78. Defendant denies the allegations of paragraph 78.
79. Defendant denies the allegations of paragraph 79.
80. Defendant denies the allegations of paragraph 80.
81. Defendant denies the allegations of paragraph 81.
82. Defendant denies the allegations of paragraph 82.
83. Defendant denies the allegations of paragraph 83.
84. Defendant denies the allegations of paragraph 84.
85. Defendant admits Plaintiff is restating various allegations, but denies the underlying allegations of paragraph 85.
86. Defendant denies the allegations of paragraph 86
87. Defendant denies the allegations of paragraph 87.
88. Defendant denies the allegations of paragraph 88.
89. Defendant denies the allegations of paragraph 89.
90. Defendant denies the allegations of paragraph 90.
91. Defendant denies the allegations of paragraph 91.
92. Defendant denies the allegations of paragraph 92.
93. Defendant denies the allegations of paragraph 93.
94. Defendant denies the allegations of paragraph 94.

95. Defendant admits Plaintiff is restating various allegations, but denies the underlying allegations of paragraph 95.

96. Defendant denies the allegations of paragraph 96.
97. Defendant denies the allegations of paragraph 97.
98. Defendant denies the allegations of paragraph 98.

99. Defendant denies the allegations of paragraph 99.
100. Defendant denies the allegations of paragraph 100.
101. Defendant denies the allegations of paragraph 101.
102. Defendant denies the allegations of paragraph 102.
103. Defendant denies the allegations of paragraph 103
104. Defendant admits Plaintiff is restating various allegations, but denies the underlying allegations of paragraph 104.
105. Defendant admits the allegations of paragraph 105.
106. Defendant denies the allegations of paragraph 106
107. Defendant denies the allegations of paragraph 107.
108. Defendant denies the allegations of paragraph 108.
109. Defendant denies the allegations of paragraph 109.
110. Defendant denies the allegations of paragraph 110.
111. Defendant admits Plaintiff is restating various allegations, but denies the underlying allegations of paragraph 111.
112. Defendant admits the allegations of paragraph 112.
113. Defendant denies the allegations of paragraph 113.
114. Defendant denies the allegations of paragraph 114
115. Defendant denies the allegations of paragraph 115.
116. Defendant admits Plaintiff is restating various allegations, but denies the underlying allegations of paragraph 116.
117. Defendant admits the allegations of paragraph 117.
118. Defendant denies the allegations of paragraph 118.
119. Defendant denies the allegations of paragraph 119.
120. Defendant denies the allegations of paragraph 120.

## NEGATIVE DEFENSES

The Plaintiffs lacks capacity to sue.

The Defendant lacks capacity to be sued.

The Defendant denies the execution of a written instrument.

## AFFIRMATIVE DEFENSES

That the Plaintiffs assumed the risk of injury.

The Plaintiffs are collaterally estopped to assert the claim.

The Plaintiffs were contributorily negligent.

Duress has been involved.

The Plaintiffs are estopped to assert the claim.

The Plaintiffs acted in a fraudulent manner.

The Plaintiffs acted illegally.

The claim is barred by the doctrine of laches.

There has been a payment.

The claim is barred by the doctrine of res judicata.

The claim is barred by the Statute of Frauds.

The claim is barred by the applicable statutes of limitations.

The action was ultra vires.

The Plaintiffs waived any and all rights.

The Complaint fails to state a claim upon which relief can be granted.

The Plaintiffs  are estopped to assert the claims.

The Plaintiffs are barred by the doctrine of judicial estoppel to assert the claims.

The Plaintiffs are barred by the doctrine of equitable estoppel to assert the claims.

The Plaintiffs' claims are barred by the doctrine of laches..

The Plaintiffs' claims are barred by the doctrine of waiver.
The Plaintiffs' claims are barred by the doctrine of payment

.

The Plaintiffs' claims are barred by the doctrine of reliance.

The Plaintiffs' claims are barred by the doctrine of fraud.

The Plaintiffs' claims are barred by the doctrine of illegality.

The Plaintiffs' claims are barred by the doctrine of equity.

The Plaintiffs' claims are barred by the doctrine of negligent misrepresentation.

The Plaintiffs' claims are barred by the doctrine of promissory estoppel.

The Plaintiffs' claims are barred by the contract/agreement between the parties.

The Plaintiffs' claims are barred by the doctrine of unjust enrichment.

## GENERAL DENIAL

The Defendant did not commit the wrongs alleged.

The Defendant is not indebted as alleged.

The Defendant never promised as alleged.

Wherefore, the Defendant requests the Court dismiss the complaint, enter judgment on behalf of the Defendant, and award Defendant its reasonable counsel fees and costs.

Respectfully Submitted,

/s/ Richard J. Hackerman
Richard J. Hackerman
3635 Old Court Road
Suite 208
Baltimore, MD 21208
410 243 8800 (phone)
410 630 7232 (fax)
Attorney for the Defendant
CPF: 8212010181

richard@richardhackerman.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the attached submission does not contain any restricted information, or if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Maryland Rule 20-201(f)(2).

/s/ Richard J. Hackerman

_____
Richard J. Hackerman
3635 Old Court Road
Suite 208
Baltimore, MD 21208
410 243 8800 (phone)
410 630 7232 (fax)
Attorney for the Defendant
CPF: 8212010181
richard@richardhackerman.com

## CERTIFICATE OF SERVICE

I hereby certify, that a copy of the foregoing was mailed first class mail, postage prepaid and via court ecf, postage prepaid, this 8th day of October 2025 unto the aforementioned Attorney for Defendant at

Bizhan Beiramee, Esq., Md Fed No. 29220
BEIRAMEE LAW GROUP, P.C.
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
bbeiramee@beiramee.com
(301) 547-3805
(703) 483-9599 Fax
Counsel for Alfredo Antezana and Rebecca Antezana

/s/ Richard J. Hackerman
Richard J. Hackerman

                                                        3635 Old Court Road  
                                                        Suite 208  
                                                        Baltimore, MD 21208  
                                                        410 243 8800 (phone)  
                                                        410 630 7232 (fax)  
                                                        Attorney for the Defendant  
                                                        CPF: 8212010181  
                                                        richard@richardhackerman.com

Case 25-00229   Doc 6   Filed 10/08/25   Page 12 of 12